

U.S. Department of Justice

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 18 2006 ★

*United States Attorney*
*Eastern District of New York*

BROOKLYN OFFICE

AAQ
F.#1998R01539

*156 Pierrepont Plaza*
*Brooklyn, New York 11201*

January 6, 2006   APPLICATION GRANTED.

<u>Via Facsimile & ECF</u>                                    SO ORDERED.

The Honorable Raymond J. Dearie                    DATED: Brooklyn, New York
United States District Court                                    JAN 6 2005
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re: United States v. Moshe Milstein        s/Raymond Dearie
               Criminal Docket No. 98-899 (RJD)       RAYMOND J. DEARIE
                                                       United States District Judge

Dear Judge Dearie:

     The government respectfully requests an extension of time in which to respond to the defendant's Motion to Vacate the Convictions on Counts One, Two, Four and Five in the above-referenced matter.

     The government's opposition papers were originally due on January 6, 2006. The government respectfully requests an extension of time until January 13, 2006. This is the government's first request for an extension of time. Defense counsel consents to this request.

                                        Respectfully submitted,

                                        ROSLYNN R. MAUSKOPF
                                        United States Attorney

                                    By: /s/ Alyssa A. Qualls
                                        Alyssa A. Qualls
                                        Assistant U.S. Attorney
                                        (718) 254-6392

cc:  Clerk of the Court (RJD)
     Richard A. Greenberg, Esq.